| AO 435<br>(Rev. 03/08) (WDTX Mod. 6/5/08)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|---|
| 1. NAME<br>RAY VELARDE, atty | 2. PHONE NUMBER<br>(915) 532-6003 | 3. DATE<br>11/14/2012 | FILED |
| 4. MAILING ADDRESS<br>1216 MONTANA AVE. | 5. CITY<br>El Paso | 6. STATE<br>TX | 7. ZIP CODE<br>79902 |
| 8. CASE NUMBER<br>EP:12-CR-02106-DB | 9. JUDGE<br>D. Briones Garney | DATES OF PROCEEDINGS<br>10. FROM 11/14/2012  11. TO 11/14/2012 | |
| 12. CASE NAME<br>U.S. v. Marco Antonio Delgado | | LOCATION OF PROCEEDINGS<br>13. CITY El Paso  14. STATE TX | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Detention | 11/14/2012 |
| [ ] BAIL HEARING | | | ERO |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| **EXPEDITED** | [ ] | [X] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE *Ray Velarde*

19. DATE 11/14/2012

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | | | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | TOTAL REFUNDED | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL DUE | |
| PARTY RECEIVED TRANSCRIPT | | | | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY