IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | EP-12-CR-2106-DB |
| | § | |
| v. | § | |
| | § | |
| MARCO ANTONIO DELGADO, | § | |
| | § | |
| Defendant. | § | |

## GOVERNMENT'S EXHIBIT LIST

| OLD EXH. NO. | NEW EXH. NO. | EXHIBIT DESCRIPTION | NOTES | ADMIT DATE/TIME |
|---|---|---|---|---|
| | 1 | EMAIL 6/17/06 Delgado (D&A) to Pimentel 6:21 a.m., re: dinner with Paco | | |
| | 2 | EMAIL 6/21/06 Delgado (D&A) to Pimentel email stream, re: meeting | | |
| | 3 | EMAIL 7/3/06 Delgado (D&A) to Pimentel 4:07 a.m., re: Guadalajara meeting | | |
| | 4 | EMAIL 8/16/06 Delgado (D&A) to Pimentel 4:44 a.m., re: forwarded email with de la Concha - "girl scout cookies" | | |
| | 5 | EMAIL 8/17/06 Delgado (D&A) to Pimentel email stream "Me acaba de llegar" meeting on Friday | | |
| | 6 | EMAIL 9/13/06 Delgado (D&A) to Pimentel email stream re: hoping "it doesn't fall apart" | | |
| | 7A | EMAIL 9/19/06 Delgado (D&A) to Pimentel re: buy the Jornada | | |
| | 7B | EMAIL 9/19-20/06 Delgado (D&A) to Pimentel email stream re: suburban, "Creo describe la bronca | | |

1

|  |  | familiar" |  |  |
|---|---|---|---|---|
|  | 8A | EMAIL 9/26/06 Delgado (D&A) to Pimentel email stream re: "avizame si lo pudiste abrir" with ATTACHED PHOTO |  |  |
|  | 8B | EMAIL 9/26/06 Delgado (D&A) to Pimentel email stream re: new suburban, investment "avizame si lo pudiste abrir" |  |  |
|  | 9 | EMAIL 10/13/06 Delgado (D&A) to Pimentel re: plaza is hot/under surveillance |  |  |
|  | 10 | EMAIL 11/3/06 Delgado (D&A) to Pimentel email stream re: Big John; truck |  |  |
| 84 | 11 | EMAIL 12/12/06 Delgado (D&A) to Pimentel and de la Concha email stream re: HIPER URGENTE, Customs in Palomas, Mex. |  |  |
|  | 12 | EMAIL 1/28/07 Delgado (D&A) to Pimentel email stream re: forwarded email from de la Concha about Paco |  |  |
| 85 | 13 | EMAIL 1/30/07 Delgado (D&A) to Pimentel re: forwarded email from de la Concha about talking to Paco and Pete |  |  |
| 87 | 14 | EMAIL 2/7/07 Delgado (D&A) to Pimentel re: forwarded email from de la Concha about Pete and "iron works" and "let's not despair" |  |  |
|  | 14 A | EMAIL 2/14/07 Delgado (D&A) to Pimentel re: forwarded email from de la Concha about HIPER URGENT to speak about "two things" |  |  |
|  | 15 | EMAIL 2/15/07 Delgado (D&A) to Pimentel re: forwarded email from de la Concha about "matter with Pete" |  |  |
|  | 16 | EMAIL 2/15/07 Delgado (D&A) to Pimentel re: stream from Pimentel about delaying the "construction" |  |  |
| 86 | 17 | EMAIL 2/17/07 Delgado (D&A) to Pimentel re: de la Concha making sure "dream team" is clear about |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | everyone's position |  |  |
|  | 18 | EMAIL 2/18/07 Delgado (D&A) to Pimentel re: start of operations |  |  |
|  | 19 | EMAIL 2/26/07 Delgado (D&A) to Pimentel re: meeting the "owners of the construction company" |  |  |
|  | 20 | EMAIL 3/3/07 Delgado (D&A) to Pimentel re: forwarded email from de la Concha: Paco says it's still a yes |  |  |
|  | 21 | EMAIL 3/4/07 Delgado (D&A) to Pimentel re: forwarded email from de la Concha: Paco told de la Concha that Rafa said everything is the same |  |  |
|  | 22 | EMAIL 3/5/07 Delgado (D&A) to Pimentel re: email stream "I'm going to be a beggar" |  |  |
|  | 23 | EMAIL 3/5/07 Delgado (D&A) to Pimentel re: email stream – "100 houses" "what a pain" |  |  |
|  | 24 | EMAIL 3/6/07 Delgado (D&A) to Pimentel re: forwarded email from de la Concha re: Paco will eat with Rafa and Pete – Delgado needs to come on Wednesday so "the operation can begin" |  |  |
|  | 25 | EMAIL 3/7/07 Delgado (D&A) to Pimentel re: email stream, Pimentel wants Delgado to come or "this won't start" |  |  |
|  | 26 | EMAIL 6/5/07 Delgado (D&A) to Pimentel re: email stream, "Agreed: Peter, Paco Fernandez, Ricardo, Goyo and myself" |  |  |
|  | 26 A | EMAIL 7/26/07 Delgado (D&A) to Pimentel re: Project Rough Draft Documentation Bond |  |  |
| 80 | 27 | EMAIL 8/15/07 Delgado (D&A) to Pimentel re: forwarded email stream between Delgado and Pedro Mendoza Meneses that he spoke with Chuy |  |  |
| 81 | 28 | EMAIL 8/24/07 Delgado (D&A) to Pimentel re: forwarded email stream between Delgado and Pedro |  |  |

|   |     |                                                                                                                                                                   |   |   |
|---|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|---|
|   |     | Mendoza Meneses – Chuy wants to meet with them Tuesday                                                                                                           |   |   |
|   | 29  | EMAIL 9/4/07 Delgado (D&A) to Pimentel re: "Esteemed attorney, Attached please find sanitized settlement form for purposes of your negotiations. Best of luck." |   |   |
|   | 30  | Pimentel cell phone screen shot of Exhibit No. 29 Delivery confirmation to Delgado                                                                               |   |   |
|   | 31  | EMAIL 9/4/07 Delgado (D&A) to Pimentel re: "I am resending-please confirm receipt" WITH ATTACHED SETTLEMENT                                                      |   |   |
|   | 32  | Pimentel cell phone screen shot of Exhibit No. 31 from Delgado                                                                                                   |   |   |
| 9 | 33  | Attachment to Exhibit 31 email: "Settlement Agreement and General Release," Juan Miguel Hernandez, $1,583,000.00, El Paso County Cause No. 2006-217              |   |   |
| 10| 34  | *Montes v. City of El Paso*, El Paso County, Cause No. 2006-217                                                                                                  |   |   |
|   | 35  | VIDEO - Sheriff's traffic stop of Pimentel in Georgia, Sept. 4, 2007.                                                                                            |   |   |
|   | 36  | Currency/Monetary Instrument Seizure Inventory, 9/12/07- $999,860.00                                                                                             |   |   |
| 30| 37  | 9/6/07 (2:24 p.m.) Consent recorded conversation between Delgado and Pimentel                                                                                    |   |   |
| 30A| 37A| Transcript of Exhibit 37                                                                                                                                          |   |   |
| 31| 38  | 9/6/07 (4:34 p.m.)Consent recorded conversation between Delgado and Pimentel                                                                                     |   |   |
| 31A| 38A| Transcript of Exhibit 38                                                                                                                                          |   |   |
| 13| 39  | Sept. 7, 2007 PHOTO: 773 Martha Gale, El Paso, Delgado exiting house                                                                                              |   |   |
| 14| 40  | Sept. 7, 2007 PHOTO: 773 Martha Gale, El Paso, Delgado approaching Pimentel and Jeep                                                                              |   |   |
| 15| 41  | Sept. 7, 2007 PHOTO: 773 Martha Gale, El Paso, Delgado and                                                                                                        |   |   |

|  |  | Pimentel embrace |  |  |
|---|---|---|---|---|
| 17 | 42 | Sept. 7, 2007 PHOTO: 773 Martha Gale, El Paso, Delgado and Pimentel looking in trunk |  |  |
| 19 | 43 | Sept. 7, 2007 PHOTO: back end of rental Jeep with license plate visible |  |  |
| 20 | 44 | Sept. 7, 2007 PHOTO: back end of rental Jeep with rear door open to show packages and luggage |  |  |
| 21 | 45 | Sept. 7, 2007 PHOTO: close up of back end of rental Jeep with rear door open to show packages and luggage |  |  |
| 23 | 46 | Sept. 7, 2007 PHOTO: photo of money in duffle bag in Jeep, first view |  |  |
| 25 | 47 | Sept. 7, 2007 PHOTO: photo of money in duffle bag in Jeep, second view |  |  |
| 26 | 48 | Sept. 7, 2007 PHOTO: photo of money in duffle bag in Jeep, close up |  |  |
| 32 | 49 | DPS VIDEO of Stop of Delgado and Pimentel |  |  |
| 33 | 50 | 9/9/07 (10:19 a.m.) Consent recorded conversation between Delgado and de la Concha |  |  |
| 33A | 50A | Transcript of Exhibit 50 |  |  |
| 35 | 51 | 9/9/07 (12:17 p.m.) Consent recorded conversation between Delgado and Chuy (Jesus Rubio) |  |  |
| 35A | 51A | Transcript of Exhibit 51 |  |  |
| 36 | 52 | 9/9/07 (1:55 p.m.) Consent recorded conversation between Delgado and Chilo (Isidro Vega) |  |  |
| 36A | 52A | Transcript of Exhibit 52 |  |  |
| 37 | 53 | 9/9/07 (8:56 p.m.) Consent recorded conversation between Delgado and Chuy (Jesus Rubio) |  |  |
| 37A | 53A | Transcript of Exhibit 53 |  |  |
| 39 | 54 | 9/10/07 (8:43 a.m.) Consent recorded conversation between Delgado and de la Concha |  |  |
| 39A | 54A | Transcript of Exhibit 54 |  |  |
| 43 | 55 | 9/10/07 (12:00 p.m.) Consent |  |  |

| | | | | |
|---|---|---|---|---|
| | | recorded conversation between Delgado and de la Concha | | |
| 43A | 55A | Transcript of Exhibit 55 | | |
| | 56 | Undercover Certificate of Seizure dated 9/08/07 showing DPS seized $999,860.00 | | |
| | 57 | Undercover Settlement Agreement and General Release $5,000,000.00 | | |
| 46 | 58 | 9/14/07 (4:00 p.m.) Consent recorded conversation between Delgado, Undercover Agent and Paco (Francisco Fernandez) | | |
| 46A | 58A | Transcript of Exhibit | | |
| 27 | 59 | PHOTO of Pedro Mendoza-Menesses Sept. 7, 2007 | | |
| 28 | 60 | PHOTO of Isidro Rubio Vega Sept. 7, 2007 | | |
| 61 | 61 | 7/22/08 (10:58 p.m.) Consent recorded conversation between Pimentel and Martel | | |
| 61A | 61A | Transcript of Exhibit 61 | | |
| 63 | 62 | 7/23/08 (9:30 a.m.) Consent recorded conversation between Pimentel and Delgado | | |
| 63A | 62A | Transcript of Exhibit 62 | | |
| 64 | 63 | 7/23/08 (9:50 a.m.) Consent recorded conversation between Pimentel and Delgado | | |
| 64A | 63A | Transcript of Exhibit 63 | | |
| 65 | 64 | 7/23/08 (9:59 a.m.) Consent recorded conversation between Pimentel and Martel (Ricardo Martinez) | | |
| 65A | 64A | Transcript of Exhibit 64 | | |
| 66 | 65 | 7/23/08 (12:15 p.m.) Consent recorded conversation between Pimentel and Delgado | | |
| 66A | 65A | Transcript of Exhibit 65 | | |
| 67 | 66 | 7/23/08 (1:00 p.m.) Consent recorded conversation between Pimentel and Delgado | | |
| 67A | 66A | Transcript of Exhibit 66 | | |
| 68 | 67 | 7/23/08 (2:04 p.m.) Consent recorded conversation between | | |

|  |  | Pimentel and Delgado |  |  |
|---|---|---|---|---|
| 68A | 67A | Transcript of Exhibit 67 |  |  |
| 69 | 68 | 7/23/08 (2:50 p.m.) Consent recorded conversation between Pimentel and Delgado |  |  |
| 69A | 68A | Transcript of Exhibit 68 |  |  |
| 70 | 69 | 7/23/08 (4:00 p.m.) Consent recorded conversation between Pimentel and Delgado |  |  |
| 70A | 69A | Transcript of Exhibit 69 |  |  |
| 71 | 70 | 7/23/08 (4:22 p.m.) Consent recorded conversation between Pimentel and Delgado |  |  |
| 71A | 70A | Transcript of Exhibit 70 |  |  |
| 72 | 71 | 7/23/08 (5:09 p.m.) Consent recorded conversation between Pimentel and Delgado |  |  |
| 72A | 71A | Transcript of Exhibit 71 |  |  |
| 73 | 72 | 7/23/08 (5:26 p.m.) Consent recorded conversation between Pimentel and Delgado |  |  |
| 73A | 72A | Transcript of Exhibit 72 |  |  |
| 59 | 73 | Photo of shopping bag –Chicago money drop |  |  |
| 60 | 74 | Photo of shopping bag and money- Chicago money drop |  |  |
| 1A | 75 | GOOGLE Subscriber Information showing: asesoriafiscal10@gmail.com subscribed to Pedro Mendoza Meneses |  |  |
| 2A | 76 | AOL Subscriber Information showing mdelgadoli@aol.com subscribed to Marco Delgado Member since 03-28-1996 |  |  |
| 3A | 77 | Wells Fargo bank records: Delgado & Associates **IOLTA** Acct. 8/8/08 |  |  |
| 3B | 78 | Wells Fargo bank records: Liliana Nevarez 6/21/07 - 7/20/07 |  |  |
| 3C | 79 | Wells Fargo bank records: Liliana Nevarez 8/21/07 – 9/21/07 |  |  |
| 7A | 80 | IRS Certificate of Lack of Record: Marco Delgado for 2007 & 2009 |  |  |
| 7A | 81 | IRS Certificate of Lack of Record: Delgado and Associates, P.C. 2007, |  |  |

| | | | | |
|---|---|---|---|---|
| | | 2008, and 2009 | | |
| 7B | 82 | IRS Form 1040 for Marco Delgado, 2008 | | |
| 8 | 83 | Photo Attached to email from de la Concha to Delgado of Delgado, de la Concha, and President-elect at the time, Calderon | | |
| | 84 | Redacted Report of Investigation of Interview of Marco Delgado | | |
| | 85 | Signed Stipulation between United States and Defendant Marco Delgado | | |

Dated: October 21, 2013
El Paso, Texas

                                              Respectfully submitted,

                                              ROBERT PITMAN
                                              United States Attorney for the
                                              Western District of Texas

                               By:        /s/
                                              Debra Kanof
                                              (Texas Bar No. 11093600)
                                              Anna E. Arreola
                                              (NY Registration No. 4151775)
                                              Assistant United States Attorneys
                                              700 E. San Antonio, Suite 200
                                              El Paso, Texas 79901
                                              (915) 534-6884
                                              Fax (915) 534-3461

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2013, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

Ray Velarde, Attorney for Marco Antonio Delgado
1216 Montana Avenue
El Paso, TX 79902

Richard Esper, Attorney for Marco Antonio Delgado
801 N. El Paso Street, 2nd Floor
El Paso, TX  79902

                                              /s/
                                    Anna E. Arreola
                                    Assistant United States Attorney