| AO 435 (Rev. 12/03) *Please Read Instructions above* | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | | FOR COURT USE ONLY  DUE DATE: |  |
|---|---|---|---|---|
| 1. NAME  Debra Kanof, AUSA | | 2. PHONE NUMBER  (915) 534-6884 | 3. DATE  10/25/2013 | |
| 4. MAILING ADDRESS  700 E. San Antonio, Ste. 200 | | 5. CITY  El Paso | 6. STATE  TX | 7. ZIP CODE  79901 |
| 8. CASE NUMBER  EP-12-CR-2106-DB | 9. JUDGE  Hon. David Briones | DATES OF PROCEEDINGS | | |
| | | 10. FROM | 11. | |
| 12. CASE NAME  U.S. v. Marco Antonio Delgado | | LOCATION OF PROCEEDINGS | | |
| | | 13. EL Paso | 14. TX | |
| 15. ORDER FOR  ☐ APPEAL     ☒ CRIMINAL     ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY  ☐ NON-APPEAL ☐ CIVIL                    ☐ IN FORMA PAUPERIS       ☐ OTHER | | | | |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | select pages from 10/24/2013 and 10/25/2013 D. Briggs |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT | | | |
| CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 0.00 |

18. SIGNATURE  *Anna E. Arreola* 

19. DATE  10/25/2013

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY