# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:12-CR-02106(1)-DB |
| | § | |
| (1) MARCO ANTONIO DELGADO | § | |

## EXHIBITS, Page 1  (for Status Conference)

| Exhibit | Description | Date Admitted |
|---|---|---|
| 101 | E-Mail | 10-21-13 |