

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:12-CR-02106(1)-DB |
| | § | |
| (1) MARCO ANTONIO DELGADO | § | |

## GOVERNMENT'S EXHIBITS ADMITTED AT JURY TRIAL
### (SEE ATTACHED LIST)

| Exhibit | Description | Date Admitted |
|---|---|---|
| | | |