# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:12-CR-02106(1)-DB |
| | § | |
| (1) MARCO ANTONIO DELGADO | § | |

## GOVERNMENT'S EXHIBITS, Page 10

| Exhibit | Description | Date Admitted |
|---|---|---|
| #86 | Photo | 10-23-13 |
| #87 | Photo | 10-23-13 |
| #88 | Photo | 10-23-13 |
| #89 | Photo | 10-23-13 |
| #90 | Photo | 10-23-13 |
| #91 | Photo | 10-23-13 |
| #92 | Photo | 10-23-13 |
| #93 | Photo | 10-23-13 |
| #98 | Photo (for judicial purpose only) | 10-25-13 |
| #99 | E-Mail | 10-25-13 |
| #100 | Map of Georgia (for judicial purpose only) | 10-21-13 |