```
 1                    UNITED STATES DISTRICT COURT

 2                 FOR THE WESTERN DISTRICT OF TEXAS

 3                           EL PASO DIVISION

 4


 5   UNITED STATES OF AMERICA    )   No. EP-12-CR-2106-DB
                                 )       EP-13-CR-370-DB
 6                               )
     vs.                         )   El Paso, Texas
 7                               )
     MARCO ANTONIO DELGADO       )   August 8, 2013
 8

 9                     MENTAL COMPETENCY HEARING

10


11


12   A P P E A R A N C E S:

13   FOR THE GOVERNMENT:    MS. DEBRA P. KANOF &
                            MS. ANNA E. ARREOLA
14                          Assistant United States Attorneys
                            700 E. San Antonio, Suite 200
15                          El Paso, Texas   79901

16
     FOR THE DEFENDANT:     MR. RAY VELARDE
17                          Attorney at Law
                            1216 Montana
18                          El Paso, Texas   79901

19

20   FOR THE DEFENDANT:     MR. RICHARD ESPER
                            Attorney at Law
21                          801 N. El Paso, Second Floor
                            El Paso, Texas   79902
22


23

24      Proceedings reported by stenotype.  Transcript produced by

25   computer-aided transcription.
```

2

1                    (Defendant present; open court.)
2              THE COURT:  The clerk will call the cases.
3              THE CLERK:  EP-12-CR-2106 and EP-13-CR-370, Marco
4    Antonio Delgado.
5              MS. KANOF:  Debra Kanof and Anna Arreola for the
6    United States, Your Honor.
7              MR. VELARDE:  Ray Velarde, Your Honor, and Richard
8    Esper on behalf of Marco Delgado on both cases.
9              THE COURT:  Well, why don't you get the Defendant up
10   there with you.
11             MR. VELARDE:  Okay.
12             THE COURT:  You are Marco Antonio Delgado?
13             THE DEFENDANT:  Correct.
14             THE COURT:  Okay.  Counsel, you've been provided with
15   a copy of Dr. Briones's psychiatric evaluation.  He has
16   determined, "Even though Mr. Delgado is suffering from an
17   anxiety disorder, he has a rational as well as factual
18   understanding of the proceedings against him and has sufficient
19   ability to consult with his attorney and to assist in his own
20   defense with a reasonable degree of rational understanding."
21   Quite frankly, that was my feeling all along.
22             Now, any reason not to concur with Dr. Briones's
23   evaluation?
24             MR. VELARDE:  None, Your Honor.
25             MS. KANOF:  I have marked Government's Exhibit 1 in

1   case -- Cause Number EP-13-CR-370 and Government's Exhibit 1 in
2   EP-12-CR-2106, I've marked the psychiatric evaluation for
3   entering into the record, Your Honor.  We move the Government's
4   Exhibit be admitted.
5           THE COURT:  Any objection?
6           MR. ESPER:  No objection.
7           THE COURT:  The psychiatric evaluation can be marked;
8   will be admitted.
9           MR. ESPER:  Your Honor, in connection with that
10  report, there is a notation by Dr. Briones about a neurological
11  exam which I think should be performed just to make sure that
12  there are no repercussions.
13          THE COURT:  Well, I'm not going to order it.  If you
14  want to pay for it yourself, maybe the marshals may.  I'm not
15  going to order any more evaluations.
16          Counsel, there's no question in my mind this man is
17  competent.  He was competent from the very beginning.  He's
18  more competent than 99 percent of the individuals that come in
19  here before me.  I'm not going to go through any other
20  evaluation.  This case is going to be set for trial.  Both
21  cases are going to be set for trial.  I told you earlier today
22  that I was considering a date of next month.  I gave you a date
23  of October 30th.  I understand --
24          MS. KANOF:  October the 30th?
25          MR. VELARDE:  No, September the 30th.

1    THE COURT:  September the 30th.  Now, you-all had
2    requested something.  I told you we would discuss it at this
3    time.
4    MS. KANOF:  Yes, Your Honor.  The -- we discussed the
5    setting of the case looking at each other's calendars and came
6    up with a date of October 21st.  Mr. Velarde and Mr. Esper are
7    in trial in another court on a fairly complex public corruption
8    two-Defendant case that begins September 9th, and I don't know
9    how long that case is going to take, but I know it's very
10   significant.  I'm familiar with the evidence.  There's a lot of
11   evidence.  And I am available any time except the first week of
12   November.  The week of November 3rd I'll be on temporary duty
13   with the department in Washington, D.C. for a week, so that's
14   how we came to the October 21st date.
15   We also checked on availability of witnesses because
16   we have witnesses in foreign countries.
17   THE COURT:  On the first -- this is the first one, the
18   first Indictment?
19   MS. KANOF:  Yes, this is the EP-12 case.
20   THE COURT:  Money laundering.
21   MS. KANOF:  The money laundering Indictment, yes, sir.
22   THE COURT:  Counsel?
23   MR. ESPER:  October 21st is fine with us.
24   THE COURT:  I want you to request it on the record.  I
25   don't want any problem with a speedy trial motion later on.

1       MR. ESPER:  I'm requesting October 21st, Your Honor.
2       MR. VELARDE:  And I join in that request.
3       THE COURT:  On --
4       MR. VELARDE:  October 21st.
5       THE COURT:  Yeah.  But that's on 12-CR-2106?
6       MR. ESPER:  Right.
7       THE COURT:  What about the other one?
8       MS. KANOF:  We had discussed another date, Your Honor,
9  but any time after the first week of November because, again
10 I'm going to be --
11      THE COURT:  Let me ask you something.  How long do you
12 anticipate it will take to try the first case?
13      MS. KANOF:  Three days.
14      THE COURT:  Three days.
15      MS. KANOF:  Not more than a week.  I don't know what
16 the Defense has to offer, but based on the evidence as I've
17 reviewed it, of course, the Court knows I'm new to the case,
18 but I have thoroughly reviewed the file and I don't see more
19 than a week at the very most.
20      THE COURT:  At the most.
21      MS. KANOF:  Because there's some complex forfeiture
22 issues if we had to try them, we'd have to try the forfeiture
23 if he's convicted to the jury as well, so as much as a week.
24      THE COURT:  Okay.  How long will the second one take?
25      MS. KANOF:  That one is a little longer.  That one has

some -- more complex issues and really probably not more than a week, seven days at the most.

THE COURT: Okay. Give me a date in November. We'll try that one in November.

Just for the record, October 21st is set for the trial date in Cause Number EP-12-CR-2106. In Cause Number EP-13-CR-370 --

THE CLERK: November 18th.

THE COURT: -- November 18th. Okay. Now -- the usual time of 9:00 on both.

I asked you to come and put on the record any offers that you may have in regards to both cases.

MS. KANOF: Yes, Your Honor. After an evaluation of the case, I discussed with my supervisors in San Antonio an offer, and based on the fact that the Defendant, I think it's pretty generous offer, but based on the fact that the Defendant faces 20 years on each Indictment, which can be stacked, the Government made an offer to Defense Counsel yesterday of nine years on each Indictment to run concurrent on an 11(c)(1)(C). And that's -- and it's below the guidelines as well, but, of course, saving the time and money, the Government is --

THE COURT: Is that your understanding, Counsel?

MR. VELARDE: Your Honor, we were advised of this yesterday and we broached the subject with Mr. Delgado earlier today. We would like to continue our visit with him

```
 1   regarding--
 2           THE COURT:  I understand.  I'm not going to make
 3   you -- I don't need a commitment from you right now --
 4           MR. VELARDE:  Yes, sir.
 5           THE COURT:  -- but I do want to set a time limit.
 6           MS. KANOF:  Oh, we did.  We actually negotiated an
 7   Ellis deadline as well, Your Honor, but that was before we knew
 8   the actual trial date, but assuming we were going to go to
 9   trial on the 21st, our Ellis deadline is September 15th,
10   correct?  September 15th.
11           MR. ESPER:  The 15th is a Sunday.
12           MS. KANOF:  Oh, okay, so the 13th.
13           THE COURT:  The what?
14           MS. KANOF:  September 13th, which is a Friday.
15           THE COURT:  September the 15th?
16           MS. KANOF:  The 13th, which is a Friday.
17           THE COURT:  The 13th.
18           MS. KANOF:  The 16th is a Monday.
19           MR. VELARDE:  Can we make it on Monday the 16th?
20           MS. KANOF:  Okay.  Monday the 16th.  We're in
21   agreement, Your Honor, as the Ellis deadline.
22           THE COURT:  16th de Septiembre it is.
23           MS. KANOF:  Muy bien.
24           THE COURT:  If he doesn't accept it, I -- you leave it
25   open until then.
```

```
1                MS. KANOF:  I will, Your Honor.
2                THE COURT:  Okay.
3                MS. KANOF:  Yes.
4                THE COURT:  Anything else we need now, Counsel?
5                MR. ESPER:  Nothing more, Your Honor.
6                THE COURT:  Mr. Velarde --
7                MR. VELARDE:  Mr. Delgado, Your Honor, is --
8                THE COURT:  -- you looked perplexed.
9                MR. VELARDE:  Mr. Delgado is self-insured.  We have
10   the ability to pay for the neurological exam and we're going to
11   make arrangements through the family to obtain the neurological
12   exam.  All I'm asking of the Court is to please assist us in
13   facilitating that.
14               THE COURT:  File your motion.
15               MR. VELARDE:  Thank you very much.
16               MS. KANOF:  The Government, by the way, has no
17   objection, Your Honor, because the Government is always
18   thinking based on the recommendation of Dr. Briones of a 2255,
19   so in order to save Steve Garcia any work, we are concurring
20   that they pay for a neurological.
21               THE COURT:  Okay.  File your motion and I'll take it
22   up with the marshals.
23               MR. VELARDE:  Thank you very much.
24               MR. ESPER:  Your Honor, may I approach side-bar with
25   your clerk on another matter?
```

9

1        THE COURT:  Yes.
2        You-all may be excused.
3        MS. KANOF:  Thank you, Your Honor.
4                    * * * * *
5
6
7
8
9                    CERTIFICATION
10
11    I certify that the foregoing is a correct transcript from
12 the record of proceedings in the above-entitled matter.  I
13 further certify that the transcript fees and format comply with
14 those prescribed by the Court and the Judicial Conference of
15 the United States.
16
17 Date:  March 24, 2014
18                              /s/ Maria del Socorro Briggs
19                              Maria del Socorro Briggs
20
21
22
23
24
25